EDWARD R. SKEFFINGTON & others *vs.* KENNETH T. LYONS &
another. November 6, 1979. This action for libel was dismissed under
Mass.R.Civ.P. 12(b)(6), 365 Mass. 755 (1974). We assume arguendo
that the plaintiffs were the ones referred to in the defendants' news-
letter in which the offensive language appeared. We do not regard the
emphasized portion of the publication,[1] considered in the light of the
interunion disputes in which they were made, to be beyond the pale of
protected speech. See *Old Dominion Branch No. 496 Natl. Assn. of*

---

[1] "Recently a few Probation Association officers visited our Boston office
and informed me that they would be interested in supporting NAGE, but in
order for them to support NAGE, we would have to pay them at least the
same amount of money SEIU has been paying them over the past few years.

"We of the NAGE politely informed them that we would welcome their sup-
port, *but any payoffs or subsidies such as they spoke of* are not tolerated by
the NAGE; and the only people that can get paid by NAGE are those selected
at an 'open meeting' by their fellow members" (emphasis supplied).

*Letter Carriers* v. *Austin,* 418 U.S. 264, 284 (1974); *Borski* v. *Kochanowski,* 3 Mass. App. Ct. 269, 271-272 (1975).

*Judgment affirmed.*

*Robert F. Muse* for the plaintiffs.
*Gordon P. Ramsey* (*David Jenkins* with him) for the defendants.